IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HEATHER D. GRADY                                              PLAINTIFF

v.                       No. 4:25-cv-581-DPM

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, Robert Kennedy,
Secretary and SOCIAL SECURITY
ADMINISTRATION, Frank Bisignano,
Commissioner                                                  DEFENDANTS

ORDER

This case is closely related to another case recently decided in the Eastern District of Arkansas, *Grady v. Social Security Administration*, No. 4:23-cv-840-KGB. In the interest of judicial economy and consistent rulings, the Court directs the Clerk to transfer this case to Chief United States District Judge Kristine G. Baker by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 July 2025